UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -v.- | 13 Cr. 438 (KPF) |
| XIOMAR MANTILLA, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On February 28, 2020, the Court held a hearing regarding Defendant's alleged violations of the conditions of his supervised release. At the hearing, the Court set forth the following modifications to Defendant's bail: (i) Defendant is directed to attend and comply with a program addressing issues of domestic violence, at the direction of the United States Probation Office; (ii) the stay-away conditions regarding Estefania Torres are modified so as to allow for directives from the Massachusetts Department of Children and Families; and (iii) the GPS condition is modified so as to make clear that GPS monitoring is in place solely for the purpose of ensuring Defendant's compliance with the stay-away conditions. Defendant is not under home confinement or curfew.

Accordingly, the Court hereby ORDERS that the above modifications be made to Defendant's bail conditions. Moreover, insofar as there is confusion whether Defendant is currently subject to bail conditions or conditions of supervised release, the above modifications should be construed as relating to both bail and supervised release.

SO ORDERED.

Dated: February 28, 2020
New York, New York

KATHERINE POLK FAILLA
United States District Judge